UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

A<small>NTONIO</small> V<small>ALLIN</small> B<small>RIDGES</small>,

    Petitioner,    Case No. 1:21-cv-678

v.            Honorable Phillip J. Green

M<small>ICHIGAN</small> P<small>AROLE</small> B<small>OARD</small>, et al.,

    Respondents.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's motion for release on bond (ECF No. 6) is **DENIED**.

Dated:  August 27, 2021      /s/ Phillip J. Green
                  PHILLIP J. GREEN
                  United States Magistrate Judge