UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

ANTONIO VALLIN BRIDGES,

        Petitioner,               Case No. 1:21-cv-678

v.                                        Honorable Phillip J. Green

MICHIGAN PAROLE BOARD, et al.,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 cases as duplicative and, therefore, frivolous.

Date: August 27, 2021                          /s/ Phillip J. Green
                                                        PHILLIP J. GREEN
                                                         United States Magistrate Judge